CLOSED,INTERPRETER

# U.S. District Court [LIVE]
# Western District of Texas (El Paso)
# CRIMINAL DOCKET FOR CASE #: 3:22−mj−02244−ATB−1

Case title: USA v. Gonzales Castro

Date Filed: 09/13/2022

Date Terminated: 09/22/2022

---

Assigned to: Judge Anne T. Berton

**Defendant (1)**

**Javier Lorenzo Gonzales Castro**
*TERMINATED: 09/22/2022*

represented by **Brock Morgan Benjamin**
609 Myrtle Ave., Suite B
El Paso, TX 79901
915 412−5858
Fax: 915 503−2224
Email: brock@brockmorganbenjamin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sandra S. Lewis**
Federal Public Defender
700 E. San Antonio St.
Room D−401
El Paso, TX 79901
(915) 534−6525
Fax: 915/534−6534
Email: Sandra_Lewis@fd.org
*TERMINATED: 09/16/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level**

**(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F−−CONSPIRACY TO DEFRAUD THE UNITED STATES | COMMITMENT TO ANOTHER DISTRICT, District of New Mexico, Las Cruces Division Case No. 2:21−CR−389−RB |

**Plaintiff**

**USA** represented by **Adam R. Hines**
U.S. Attorney's Office
700 E. San Antonio, Ste. 200
El Paso, TX 79901
915−534−6884
Email: adam.hines@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/13/2022 | 1 | | NOTICE OF ATTORNEY APPEARANCE Adam R. Hines appearing for USA. . Attorney Adam R. Hines added to party USA(pty:pla) (Hines, Adam) (Entered: 09/13/2022) |
| 09/13/2022 | 2 | | Arrest (Rule 5/Rule 32.1) of Javier Lorenzo Gonzales Castro (mg2) (Entered: 09/14/2022) |
| 09/13/2022 | 3 | | MOTION to Detain Defendant without Bond by USA as to Javier Lorenzo Gonzales Castro. (mg2) (Entered: 09/14/2022) |
| 09/13/2022 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Javier Lorenzo Gonzales Castro. Signed by Judge Anne T. Berton. (mg2) (Entered: 09/14/2022) |
| 09/13/2022 | 5 | | Minute Entry for proceedings held before Judge Anne T. Berton:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Javier Lorenzo Gonzales Castro held on 9/13/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter required (B. Espinosa) as to Javier Lorenzo Gonzales Castro (Court Reporter ERO/ZOOM.) (mg2) (Entered: 09/14/2022) |
| 09/13/2022 | | | ORAL ORDER OF TEMPORARY DETENTION: NO BOND SET as to Javier Lorenzo Gonzales Castro by Judge Anne T. Berton. (mg2) (Entered: 09/14/2022) |
| 09/13/2022 | 6 | | ORDER SETTING IDENTITY HEARING/DETENTION HEARING by VIDEO ZOOM as to Javier Lorenzo Gonzales Castro, ( Detention Hearing set for 9/16/2022 09:00 AM before Judge Anne T. Berton,, Identity Hearing set for 9/16/2022 09:00 AM before Judge Anne T. Berton,), Order Regarding Due Process Protections Act as to Javier Lorenzo Gonzales Castro. Signed by Judge Anne T. Berton. (mg2) (Entered: 09/14/2022) |

| | | | |
|---|---|---|---|
| 09/13/2022 | 7 | | CJA 23 Financial Affidavit by Javier Lorenzo Gonzales Castro (SEALED pursuant to E−Government Act of 2002). (mg2) (Entered: 09/14/2022) |
| 09/14/2022 | 8 | | NOTICE OF ATTORNEY APPEARANCE: Sandra S. Lewis appearing for Javier Lorenzo Gonzales Castro . Attorney Sandra S. Lewis added to party Javier Lorenzo Gonzales Castro(pty:dft) (Lewis, Sandra) (Entered: 09/14/2022) |
| 09/16/2022 | 9 | | **DEFICIENT** MOTION to Substitute Attorney by Javier Lorenzo Gonzales Castro. (Benjamin, Brock) Modified on 9/16/2022 (mg2). (Entered: 09/16/2022) |
| 09/16/2022 | 10 | | Waiver of Identity Hearing by Javier Lorenzo Gonzales Castro (Benjamin, Brock) (Entered: 09/16/2022) |
| 09/16/2022 | 11 | | MOTION to Continue *Motion to Continue Identity and Detention Hearing* by Javier Lorenzo Gonzales Castro. (Benjamin, Brock) (Entered: 09/16/2022) |
| 09/16/2022 | 12 | | DEFICIENCY NOTICE: re 9 MOTION to Substitute Attorney as to Javier Lorenzo Gonzales Castro. (mg2) (Entered: 09/16/2022) |
| 09/16/2022 | 13 | | CORRECTED MOTION to Substitute Attorney by Javier Lorenzo Gonzales Castro. (Benjamin, Brock) (Entered: 09/16/2022) |
| 09/16/2022 | | | ORAL ORDER GRANTING 13 Corrected Motion to Substitute Attorney as to Javier Lorenzo Gonzales Castro (1) by Judge Anne T. Berton. (mg2) (Entered: 09/16/2022) |
| 09/16/2022 | | | Attorney Sandra S. Lewis terminated as to Javier Lorenzo Gonzales Castro. (mg2) (Entered: 09/16/2022) |
| 09/16/2022 | 14 | | Minute Entry for proceedings held before Judge Anne T. Berton:Miscellaneous Hearing as to Javier Lorenzo Gonzales Castro held on 9/16/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter required (B. Espinosa) as to Javier Lorenzo Gonzales Castro, Due Process Protections Act Warning given in Open Court as to Javier Lorenzo Gonzales Castro. (Court Reporter ERO.) (mg2) . (Entered: 09/16/2022) |
| 09/16/2022 | 15 | | ORDER RESETTING DETENTION HEARING by VIDEO ZOOM as to Javier Lorenzo Gonzales Castro, ( Detention Hearing reset for 9/22/2022 09:00 AM before Judge Anne T. Berton,), Order Regarding Due Process Protections Act as to Javier Lorenzo Gonzales Castro. Signed by Judge Anne T. Berton. (mg2) (Entered: 09/16/2022) |
| 09/22/2022 | 16 | | ORDER OF DETENTION PENDING TRIAL GRANTING 3 Motion to Detain Defendant without Bond. DETAIN WITHOUT BOND as to Javier Lorenzo Gonzales Castro (1). Signed by Judge Anne T. Berton. (mg2) (Entered: 09/23/2022) |
| 09/22/2022 | 17 | | REMOVAL ORDER as to Javier Lorenzo Gonzales Castro. Signed by Judge Anne T. Berton. (mg2) (Entered: 09/23/2022) |
| 09/22/2022 | 18 | | COMMITMENT TO ANOTHER DISTRICT/DIVISION as to Javier Lorenzo Gonzales Castro. Defendant committed to District of New Mexico (Las Cruces).. Signed by Judge Anne T. Berton. (mg2) (Entered: 09/23/2022) |
| 09/22/2022 | | | Proceedings Complete in Arresting Division as to Javier Lorenzo Gonzales Castro. Documents to be downloaded by Charging Division. (mg2) (Entered: 09/23/2022) |

Case 3:22-mj-02244-ATB Document 9 Filed 09/23/22 Page 4 of 13

AO 94 (Rev. 06/09) Commitment to Another District

FILED

SEP 2 2 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
JAVIER LORENZO GONZALES CASTRO
*Defendant*

Case No. EP:22-M-02244(1)-ATB

Charging District's
Case No. 2:21-CR-389-RB

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ________ District of New Mexico,
*(if applicable)* Las Cruces division. The defendant may need an interpreter for this language: ________.

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 09/22/2022

*Judge's signature*

ANNE T. BERTON, U.S. MAGISTRATE JUDGE
*Printed name and title*

FILED
SEP 22 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. EP: 22-M-02244(1)-ATB |
| v. | ) | |
| | ) | (District of New Mexico |
| | ) | Case No. 2:21-CR-389-RB) |
| JAVIER LORENZO GONZALES CASTRO | ) | |

## REMOVAL ORDER

On September 13, 2022, the above named Defendant appeared for an Initial Appearance before the undersigned having been arrested on a warrant for arrest issued out of the United States District Court for the District of New Mexico, and the Government filed a Motion to Detain the Defendant Without Bond.

The Identity and Detention hearings were scheduled originally on September 16, 2022. On September 15, 2022, the Defendant executed a Waiver of Rule 5 Proceedings wherein he waived the Identity hearing to which he may be entitled in this district. The Court, therefore, finds that the above Defendant is the Defendant named in the Warrant for Arrest issued by the prosecuting district. On September 16, 2022, Defendant requested a continuance of the Detention hearing and said hearing was continued to September 22, 2022 at 9:00 a.m. On September 22, 2022, the Detention hearing was held. Adam R. Hines, Assistant United States Attorney, appeared on behalf of the Government and Brock Morgan Benjamin, Attorney at Law, appeared on behalf of the Defendant. Based on the evidence presented during the Detention hearing, the Court grants the Government's Motion to Detain the Defendant Without Bond, and has entered an Order detaining the Defendant without bond.

The Defendant having had an opportunity to confer with counsel, it is hereby ORDERED that the Marshal Service transport and deliver the Defendant to the District of New Mexico, Las Cruces, New Mexico.

**SIGNED** and **ENTERED** on September 22, 2022.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

FILED

SEP 22 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. EP:22-MJ-02244(1)-ATB** |
| | § | **(District of New Mexico** |
| **JAVIER LORENZO GONZALES CASTRO** | § | **Case No. 2:21-CR-389-RB)** |

**ORDER OF DETENTION PENDING TRIAL**

Upon the:

☐ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1) (*presumption cases*), or

☒ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court:

☒ held a detention hearing and found that detention is warranted.

☐ pursuant to Defendant's waiver, did not hold the scheduled detention hearing and found that detention is warranted.

This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

**Part II - Findings of Fact and Law as to Presumptions under § 3142(e)**

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

☐ (1) the defendant is charged with one of the following crimes described in 18 U.S.C. §3142(f)(1):

☐ (a) a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; or

☐ (b) an offense for which the maximum sentence is life imprisonment or death; or

☐ (c) an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); or

☐ (d) any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; or

☐ (e) any felony that is not otherwise a crime of violence but involves:(i) a minor victim; (ii) the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921);(iii) any other dangerous weapon; or (iv) a failure to register under 18 U.S.C. § 2250; and

☐ (2) the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; and

- ☐ (3) the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; and
- ☐ (4) a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** (*narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

- ☐ (1) an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);
- ☐ (2) an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;
- ☐ (3) an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;
- ☐ (4) an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; or
- ☐ (5) an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☐ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. (Part III need not be completed.)

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

## Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☐ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☒ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

☐ Weight of evidence against the defendant is strong
☐ Subject to lengthy period of incarceration if convicted
☐ Prior criminal history
☐ Participation in criminal activity while on probation, parole, or supervision
☐ The defendant was on probation at the time of arrest
☐ The defendant was on bond for a similar offense at the time of arrest
☐ The defendant has not complied with terms of supervision previously imposed
☐ History of violence or use of weapons
☒ History of alcohol or substance abuse
☐ Lack of stable employment
☐ Lack of stable residence
☐ Lack of financially responsible sureties
☐ Lack of significant community or family ties to this district
☐ The defendant has resided in this community for only a short period
☒ Significant family or other ties outside the United States
☐ Lack of legal status in the United States
☐ The defendant is without permission to reside in the United States
☒ The defendant is a citizen of Mexico
☒ The defendant resides in Mexico
☒ If convicted, the defendant will likely be deported from the United States
☐ The defendant has been previously removed from the United States
☐ Prior failure to appear in court as ordered
☐ Prior attempt(s) to evade law enforcement
☐ Use of alias(es) or false documents
☐ Background information unknown or unverified
☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

There was evidence presented that after the Defendant's arrest he told the agent he would not have returned to the United States if he had known there was a warrant out for his arrest.

**Part IV - Directions Regarding Detention**

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED AND ENTERED** on **September 22, 2022.**

**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**

Case 2:21-cr-00389-RB Document 19 Filed 03/23/22 Page 1 of 5

FILED
September 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Cecie Rodriguez
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EP:22-MJ-2244ATB R5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JAVIER LORENZO GONZÁLES CASTRO, MARIO RODRIGUEZ** and **ALLEN RODRIGUEZ-ORTIZ,**<br><br>Defendants. | ) | CRIMINAL NO. CR-21-389 RB<br><br>Count 1: 18 U.S.C. § 371: Conspiracy;<br><br>Count 2: 18 U.S.C. § 922(k): Possession of a Firearm with an Obliterated Serial Number. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about September 18, 2020, and continuing to on or about October 2, 2020, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **JAVIER LORENZO GONZÁLES CASTRO, MARIO RODRIGUEZ** and **ALLEN RODRIGUEZ-ORTIZ**, knowingly, unlawfully and willfully combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons known and unknown to the Grand Jury, to smuggle goods from the United States, contrary to 50 U.S.C. § 4819(a)-(b), and in violation of 18 U.S.C. § 554(a).

Manner and Means

The manner and means by which the defendants, **JAVIER LORENZO GONZÁLES CASTRO, MARIO RODRIGUEZ** and **ALLEN RODRIGUEZ-ORTIZ**, sought to accomplish the objectives of the conspiracy included, among other things, the following:

a. Negotiating the purchase of a .50 caliber rifle;

b. Traveling from Mexico to Las Cruces, New Mexico to purchase a .50 caliber rifle;

c. Paying $9,000 in cash for a .50 caliber rifle;

d. Taking possession of a .50 caliber rifle; and

e. Planning to smuggle a .50 caliber rifle from the United States to Mexico.

<u>Overt Acts</u>

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the District of New Mexico, and elsewhere:

<u>Overt Act 1</u>

On or about September 18, 2020, "Chuy" told an undercover federal agent that he wanted to buy a Barret M82 .50 caliber rifle, for $9,000.

<u>Overt Act 2</u>

On or about September 22, 2020, "Chuy" told an undercover federal agent that the .50 caliber rifle was going to Juarez, Mexico.

<u>Overt Act 3</u>

On or about September 30, 2020, "Chuy" asked an undercover federal agent to send him a photograph of the .50 caliber rifle.

<u>Over Act 4</u>

On or about October 2, 2020, Javier Lorenzo Gonzáles Castro called an undercover federal agent, and told him that he had $9,000 for the gun.

<u>Overt Act 5</u>

On or about October 2, 2020, Javier Lorenzo Gonzáles Castro sent an undercover federal agent a text message which read that he was sending his brother to pick up the .50 caliber rifle.

<u>Overt Act 6</u>

On or about October 2, 2020, "El Tio" called an undercover federal agent, and explained that he was the person who was purchasing the .50 caliber rifle. "El Tio" further explained that he was sending the guys to pick up the .50 caliber rifle.

<u>Overt Act 7</u>

On or about October 2, 2020, Mario Rodriguez called an undercover federal agent, and introduced himself as "Javier's" brother, and told the undercover federal agent that he was 10 minutes away, and that he was driving a green pickup truck.

<u>Overt Act 8</u>

On or about October 2, 2020, Mario Rodriguez and Allen Rodriguez-Ortiz met with undercover federal agents, in Las Cruces, New Mexico, in the parking lot of a Whataburger restaurant.

<u>Overt Act 9</u>

On or about October 2, 2020, Mario Rodriguez attempted to hand an undercover federal agent a bag containing $9,000 in cash, but the undercover federal agent told Mario Rodriguez to hold on to the bag, and that he would take the bag soon.

<u>Overt Act 10</u>

On or about October 2, 2020, an undercover federal agent asked Mario Rodriguez if he was going to cross the firearm into Mexico immediately, and Mario Rodriguez told the undercover federal agent that they were going to hold onto it for a while.

<u>Overt Act 11</u>

On or about October 2, 2020, an undercover federal agent told Mario Rodriguez and Allen Rodriguez-Ortiz that the serial number on the firearm had been obliterated, and to erase the undercover federal agent's telephone number from his phone, before taking the firearm to Mexico.

Overt Act 12

Mario Rodriguez and Allen Rodriguez-Ortiz agreed, nodding their heads up and down in agreement.

Overt Act 13

On or about October 2, 2020, Mario Rodriguez and Allen Rodriguez-Ortiz followed undercover federal agents to a storage facility, in Las Cruces, New Mexico.

Over Act 14

On or about October 2, 2020, an undercover federal agent showed Mario Rodriguez the .50 caliber rifle and showed Mario Rodriguez where on the firearm the serial number had been obliterated, after which, Mario Rodriguez examined the firearm and agreed that the firearm was acceptable.

Overt Act 15

On or about October 2, 2020, Mario Rodriguez gave an undercover federal agent a bag containing $9,000 in cash, in exchange for the .50 caliber rifle, with an obliterated serial number.

Overt Act 16

On or about October 2, 2020, Mario Rodriguez took physical possession of the .50 caliber rifle.

In violation of 18 U.S.C. § 371.

Count 2

On or about October 2, 2020, in Doña Ana County, in the District of New Mexico, the defendant, **MARIO RODRIGUEZ**, knowingly possessed a firearm that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, obliterated and altered.

In violation of 18 U.S.C. § 922(k).

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 371, the defendants, **JAVIER LORENZO GONZÁLES CASTRO, MARIO RODRIGUEZ** and **ALLEN RODRIGUEZ-ORTIZ**, shall forfeit to the United States, pursuant to 19 U.S.C. § 1595(d) and 28 U.S.C. § 2461(c), any merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and any property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation.

The property to be forfeited to the United States includes, but is not limited to, $9,000.00 in United States Currency.

Upon conviction of any offense in violation of 18 U.S.C. § 922(k), the defendant, **MARIO RODRIGUEZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, a .50 caliber Barrett semi-automatic rifle, with an obliterated serial number.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

3/12/2021 2:17 PM